# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED PETROLEUM PRODUCTS, INC., a Washington corporation, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 2:19-cv-01934-BAT |

_____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

This case is **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

Dated this 10th day of August, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/Andy Quach
Deputy Clerk